UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| INTERMED ASSOCIATES, INC. |
| --- |
| Plaintiff, |
| v. |
| RAFAEL MALDONADO and ALL IMAGING DIAGNOSTIC CENTER, INC., |
| Defendants. |

MISCELLANEOUS NO. 06-195 (GAG)



### ORDER

Plaintiff's Motion for Writ of Execution (Docket No. 2) is **GRANTED**. Judgment has been entered in this case against Rafael Maldonado and All Imaging Diagnostic Center, Inc. in the total amount of $432,014.03. Given these Defendants' failure to satisfy the judgment, it is necessary to issue a writ of execution as, in the absence of such a writ, Plaintiff would be unable to receive satisfaction of the judgment in this case.

IT IS HEREBY ORDERED that cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, machinery and equipment, securities, vehicles, parts and tools, real property and any other property (real or personal) belonging to Rafael Maldonado or All Imaging Diagnostic Center, Inc. are hereby subject to seizure, up to the value of $432,014.03 plus post-judgment interests accruing at the maximum allowable rate, in addition to those attorney's fees and costs incurred in the seizure, such seizure to secure satisfaction of the judgment which has been entered in this case;

it is further,

ORDERED that the judgment be executed in compliance and in the manner provided for by the laws of Puerto Rico;

it is further,

ORDERED that the U.S. Marshal or Reinaldo E. Cestero of Cestero & Co., 511 Hostos Avenue, Suite 203, San Juan, Puerto Rico shall execute the writ of execution;

it is further,

ORDERED that the U.S. Marshal or Mr. Reinaldo E. Cestero of Cestero & Co., 511 Hostos Avenue, Suite 203, San Juan, Puerto Rico, shall file a return of seizure describing the funds and properties which are seized;

it is further,

ORDERED that the Clerk of this Court issue a Writ of Execution, without bond, which directs the U.S. Marshal or Mr. Reinaldo E. Cestero, to seize any or all merchandise, funds or other property of, or in possession of Rafael Maldonado or All Imaging Diagnostic Center, Inc., subject to seizure, up to the value of $432,014.03 plus allowable post judgment interest and the costs of the attachment and storage, in addition to those attorney's fees incurred in the execution of the writ. All such real property seized will be noted in the Registry of the Property at the corresponding volume and page where the property is inscribed. The Writ of Execution will order Rafael Maldonado and All Imaging Diagnostic Center, Inc. to surrender all properties subject to seizure to the U.S. Marshal or Mr. Reinaldo E. Cestero, who has been designated as a private party in lieu of the U.S. Marshal if not available, in order to execute the seizures. The Writ of Execution will further state that the U.S. Marshal or Mr. Reinaldo E. Cestero is authorized to break and open any and all locks as may be necessary to execute the seizure.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 18 day of September, 2006.

**GUSTAVO A. GELPI**
**U.S. DISTRICT JUDGE**